# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| CATALYST PHARMACEUTICALS, INC., 355 Alhambra Circle, Suite 1250 Coral Gables, FL 33134<br><br>            Plaintiff,<br><br>     v.<br><br>ALEX AZAR, Secretary of Health and Human Services 200 Independence Avenue, SW Washington, DC 20201;<br><br>U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES 200 Independence Avenue, SW Washington, DC 20201;<br><br>NORMAN SHARPLESS, Acting Commissioner of Food and Drugs 10903 New Hampshire Avenue Silver Spring, MD 20993; and<br><br>U.S. FOOD AND DRUG ADMINISTRATION 10903 New Hampshire Avenue Silver Spring, MD 20993,<br><br>            Defendants. | Case No. 19-22425-CIV |

## PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT

Plaintiff Catalyst Pharmaceuticals, Inc. ("Catalyst") hereby files its Corporate Disclosure Statement, pursuant to Fed. R. Civ. P. 7.1.

Catalyst is a non-government corporation duly organized and existing under the laws of the State of Delaware, with its principal place of business in Coral Gables, Florida. Catalyst is a publically held company that trades under the symbol CPRX.

Catalyst does not have a parent corporation and no publically held corporation owns 10% or more of Catalyst's stock.

Catalyst reserves the right to amend, correct and update this Disclosure Statement, as necessary, during the pendency of this action.

Dated: June 12, 2019                              Respectfully submitted,

**AKERMAN LLP**
Three Brickell City Centre
98 Southeast Seventh Street
Suite 1100
Miami, Florida 33131
Telephone: (305) 374-5600
Facsimile:  (305) 374-5095

By: *s/Michael C Marsh*_____
Michael C. Marsh
Florida Bar No. 0072796
michael.marsh@akerman.com
simone.tobie@akerman.com
Ryan Roman
Florida Bar. No. 0025509
ryan.roman@akerman.com
dorothy.matheis@akerman.com

*Attorneys for Plaintiff*

OF COUNSEL:

Philip J. Perry*
Email: philip.perry@lw.com
John R. Manthei*
Email: john.manthei@lw.com
Ryan S. Baasch*
Email: ryan.baasch@lw.com
Monica C. Groat*
Email: monica.groat@lw.com
LATHAM & WATKINS LLP
555 Eleventh Street NW, Suite 1000
Washington, DC 20004
Tel: (202) 637-2200
Fax: (202) 637-2201

**Pro Hac Vice* to be filed