**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 19-cv-22425-BLOOM/Louis**

CATALYST PHARMACEUTICALS, INC.,

    Plaintiff,

v.

U.S. FOOD AND DRUG ADMINISTRATION, et al.,

    Defendants.

_____/

## ORDER ON DEFAULT PROCEDURES

**THIS CAUSE** is before the Court upon a *sua sponte* examination of the record. Plaintiff filed the above-captioned action on June 12, 2019, ECF No. [1]. A summons was issued as to Defendants U.S. Food and Drug Administration, Acting Commissioner of Food and Drug Administration Norman Sharples, U.S. Department of Health and Human Services, and Secretary of Health and Human Services Alex Azar ("Defendants") that same day. ECF No. [4]. Service of the summons and Complaint was executed on the Defendants on June 18, 2019, setting a response deadline of August 19, 2019. ECF No. [18]. To date, the Defendants have failed to answer or otherwise respond to the Complaint. Accordingly, it is therefore **ORDERED AND ADJUDGED** that

        1.    Defendants must file their response to Plaintiff's Complaint by or before **August 30, 2019**.

        2.    If Defendants fail to file any response to Plaintiff's Complaint, Plaintiff shall submit a Motion for Entry of Clerk's Default with respect to the non-responsive Defendant no later than **September 13, 2019**, that includes the

certificate of service indicating that notice of this Order was sent to Defendant, including the address to which it was sent. Plaintiff's failure to file a Motion for Entry of Clerk's Default within the specified time may result in **dismissal** without prejudice and without further notice as to the Defendant.

3.     The Plaintiff is directed to serve a copy of this Order upon all defaulting Defendants.

**DONE AND ORDERED** in Chambers at Miami, Florida, on August 22, 2019.

_____

**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record

Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

Civil Process Clerk
United States Attorney
555 Fourth Street NW
Washington, DC 20530

Alex Azar
Secretary of Health and Human Services
200 Independence Avenue, SW
Washington, DC 20201

U.S. Department of Health and Human Services
200 Independence Avenue, SW
Washington, DC 20201

Norman Sharpless
Acting Commissioner of Food and Drugs
10903 New Hampshire Avenue
Silver Spring, MD 20993

U.S. Food and Drug Administration
10903 New Hampshire Avenue
Silver Spring, MD 2099

Ariana Fajardo-Orshan,
United States Attorney, SDFL
c/o Civil Process Clerk
U.S. Attorney's Office Southern District of Florida
99 N.E. Fourth Street, Suite 300
Miami, FL 33132