UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 19-cv-22425-BLOOM/Louis

CATALYST PHARMACEUTICALS
INC.,

    Plaintiff,

v.

U.S. FOOD AND DRUG
ADMINISTRATION, *et al.*,

    Defendants.
_____/

## ORDER UPON REMAND

**THIS CAUSE** is before the Court upon the Mandate of the United States Court of Appeals for the Eleventh Circuit, ECF No. [117] ("Mandate"), vacating this Court's grant of summary judgment in favor of Defendants[1] and Intervenor-Defendant Jacobus Pharmaceutical Company, Inc. ("Intervenor-Defendant"), and remanding with instructions to grant summary judgment in favor of Plaintiff Catalyst Pharmaceuticals, Inc. ("Plaintiff").

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Court's Order, **ECF No. [107]**, denying summary judgment in favor of Plaintiff and granting summary judgment in favor of Defendants and Intervenor-Defendant, is **VACATED**.

2. As directed by the United States Court of Appeals for the Eleventh Circuit, summary judgment is **GRANTED** in favor of Plaintiff.

---

[1] Defendants consist of (1) the United States Department of Health and Human Services; (2) Xavier Becerra, Secretary of Health and Human Services; (3) the United States Food and Drug Administration; and (4) Janet Woodcock, Acting Commissioner of the Food and Drug Administration. *See* ECF No. [117] at 4 n.1.

Case No. 19-cv-22425-BLOOM/Louis

**DONE AND ORDERED** in Chambers at Miami, Florida, on January 31, 2022.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record